UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 JAN -5 P 12: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

* * * * * * * * * * * * * * * * * * * * * * * * *

SHAKIERA DENISE DAVIS, a minor, by
CHERYL DAVIS, her mother and next friend,

     *Plaintiff*,

v.

UNITED STATES POSTAL SERVICE,

     *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

04-10016 NG

MAGISTRATE JUDGE Collings

CIVIL ACTION
No.

RECEIPT # 52914
AMOUNT $150
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. F.O.M.
DATE 1/6/04

## COMPLAINT

### JURISDICTION

1. This is a tort claim for personal injuries resulting from a motor vehicle accident brought against the United States Postal Service pursuant to 39 U.S.C. § 409 and 28 U.S.C. § 2671, et seq.

### PARTIES

2. Plaintiff, Shakiera Denise Davis, is a minor who resides in Brockton, Plymouth County, Massachusetts, with her mother and next friend, Cheryl Davis, who prosecutes this action in her behalf.

3. Defendant, United States Postal Service, ["Postal Service"] is an independent establishment of the executive branch of the Government of the United States.

Page 1

## GENERAL ALLEGATIONS

4. On or about March 13, 2003, on Chatham Road, a public way in Brockton, Plymouth County, Massachusetts, plaintiff Shakiera Denise Davis, was struck and injured by a mail truck then and there being operated by a person for whose conduct the Postal Service is legally liable.

5. On or about June 6, 2003, plaintiff presented defendant a written claim for damage and injury on a form prescribed by the Postal Service and has otherwise performed all conditions precedent to the filing of this civil action.

6. As a direct and proximate result of the negligent operation of the Postal Service's mail truck plaintiff sustained face, head, neck and spine injuries, incurred expenses for medical care and attendance in excess of $2,000, was prevented from attending to her usual occupation, sustained scarring and disfigurement, endured pain and suffering, including mental anguish and severe emotional distresses and otherwise suffered compensable losses.

7. Wherefore plaintiff demands judgment against the defendant Postal Service for $150,000, with costs and interest as permitted by statute or rule of court.

Plaintiff, by her attorney,

Dated: <u>December 23, 2003</u>

*Charles E Berg*

Charles E. Berg (BBO#038580)
Albert E. Grady (BBO#206020)
OFFICE OF ALBERT E. GRADY
226 Montello Street
Brockton, MA 02301
Tel. 508-583-8562
*Fax. 508-586-0734*