AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

SHAKIERA DENISE DAVIS, ppa

FILED
CLERK'S OFFICE
2004 JAN 21 A 11:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

UNITED STATES POSTAL SERVICE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10016 NG

TO: (Name and address of Defendant)

Civil Process Clerk
Attorney General of the United States
Department of Justice, Room 4545
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles E. Berg, Esquire
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

JAN -6 2004

CLERK                                       DATE

(By) DEPUTY CLERK