AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN CLERKS OFFICE

### District of ____Massachusetts____

2004 JAN 21  A 11: 52

SHAKIERA DENISE DAVIS, ppa

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES POSTAL SERVICE

# 04 · 10016 NG

CASE NUMBER:

TO: (Name and address of Defendant)

United States Postal Service
Law Department
National Tort Center
P.O. Box 66640
St. Louis, MO 63166-6640

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles E. Berg, Esquire
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

JAN  6  2004

CLERK

DATE

(By) DEPUTY CLERK