# UNITED STATES DISTRICT COURT

District of   Massachusetts

SHAKIERA DENISE DAVIS, ppa

FILED
IN CLERKS OFFICE

2004 JAN 21  A 11:52

V.

UNITED STATES POSTAL SERVICE

DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 · 10016 NG

TO: (Name and address of Defendant)

Civil Process Clerk
United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles E. Berg, Esquire
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JAN - 6 2004

DATE