## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHAKIERA DENISE DAVIS, a minor<br>by CHERYL DAVIS, her mother<br>and friend, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-10016 NG |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, | ) ) | |
| Defendant. | ) | |

### ASSENTED TO MOTION TO FILE ANSWER ONE WEEK LATE

Defendant requests that this Court permit Defendant to file its Answer one week

after the apparent deadline of March 12, 2004. Counsel for Defendant through

inadvertence calendered the deadline for the filing of this Answer on this day rather

than one week earlier.   No prejudice would be imposed on Plaintiff for this one week

delay.

Counsel for Plaintiff kindly assented to this Motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

*Anita Johnson*

Anita Johnson
Assistant United States Attorney
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon counsel
for Plaintiff, Charles E. Berg and Albert E. Grady, 226 Montello Street,
Brockton, MA 02301, by first class mail, postage prepaid, on this 19th day of March,
2004.