## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SHAKIERA DENISE DAVIS, a minor )
by CHERYL DAVIS, her mother )
and friend, )
)
    Plaintiff, )
) Civil Action No. 04-10016 NG
v. )
)
UNITED STATES POSTAL SERVICE, )
)
    Defendant. )

## ANSWER

Defendant answers the Complaint as follows:

### COUNT I

1. Defendant states that the allegations of Paragraph 1 are legal conclusions to which no answer is required. To the extent an answer is required, Defendant admits that Plaintiff purports to bring this action pursuant to the Federal Tort Claims Act and admits that jurisdiction is proper in this court. Except as expressly admitted, Defendant denies each and every allegation of Paragraph 1.

2. Defendant lacks sufficient information or knowledge to admit or deny the allegations in paragraph 2 and, therefore, denies said allegations.

3. Defendant admits that the United States of America is the only proper defendant in this action pursuant to 28 U.S.C. § 2679(a) and (b)(1). Defendant further admits that the United States Postal Service ("USPS") is an independent establishment of the executive branch of the federal government.

1

## **AFFIRMATIVE DEFENSES**

1. If Defendant was negligent, the negligence of Plaintiff was greater, proscribing recovery by Plaintiff.

2. Plaintiff assumed the risk of injury by walking in the street, and by walking in the lane of traffic, rather than on the sidewalk.

2. Plaintiff's ad damnum is unsupported by objective evidence, based on damages that are not liquidated, and is an attempt to improperly influence the Court.

3. Pursuant to 28 U.S.C. § 2412(d)(1)(A), Plaintiff is not entitled to recover attorney's fees from Defendant.

4. Pursuant to 28 U.S.C. § 2674, Plaintiff cannot recover pre-judgment interest from Defendant.

5. Pursuant to 28 U.S.C. § 2679, Plaintiff's remedy for negligence, if any there be, lies against the United States of America and she has no cause of action against the United States Postal Service.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

        _____
        Anita Johnson
        Assistant United States Attorney
        District of Massachusetts
        One Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3282

OF COUNSEL
Ruth A. Przybeck
Attorney – National Tort Center
United States Postal Service
P.O. Box 66640
St. Louis, MO  63166-6640
(314) 872-5120

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon counsel for Plaintiff, Charles E. Berg and Albert E. Grady, 226 Montello Street, Brockton, MA  02301, by first class mail, postage prepaid, on this 19th day of March, 2004.

_____