# OFFICE OF
# ALBERT E. GRADY
*ATTORNEYS AT LAW*

226 Montello Street, Brockton, Massachusetts 02301   (508) 583-8562
Fax (508) 586-0734

Cape Cod Office, 16 King's Way, Hyannis, Massachusetts 02601   (508) 778-1492
Fax (508) 771-7926

May 5, 2004

Maryellen Molloy, Deputy Clerk
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    RE:    SHAKEIRA DAVIS
    VS.    UNITED STATES POSTAL SERVICE
    NO.:    04-10016-NG

Dear Ms. Molloy:

    This office hereby seeks a waiver from Electronic Case filing. The computer resources presently available in this office are insufficient to support Electronic Case filing.

    Thank you for your attention to this matter.

Very truly yours,

Charles E. Berg

CEB/esb

cc:    Anita Johnson
    Assistant United States Attorney
    District of Massachusetts
    One Courthouse Way
    Suite 9200
    Boston, MA 02210