UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 MAY 10 P 5: 05

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                              *
SHAKIERA DENISE DAVIS, a minor, by            *
CHERYL DAVIS, her mother and next friend,     *
                                              *
                         Plaintiff,           *
                                              *
v.                                            *     CIVIL ACTION
                                              *     No.: 04-10016-NG
UNITED STATES POSTAL SERVICE,                 *
                                              *
                         Defendant.           *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## JOINT STATEMENT OF THE PARTIES

Now come the parties pursuant to Fed. R. Civ. P. 16(b), 26 (f), and the Court's Notice Setting Scheduling Conference, and hereby file this Joint Statement.

I.  Plaintiff's Proposed Pre-Trial Schedule:

(1) Interrogatories and Document Requests served by July 17, 2004.

(2) Depositions completed by October 17, 2004.

(3) All motions filed by December 17, 2004.

(4) Final Pre-Trial Conference by January 17, 2005.

II. Plaintiff's Certification Regarding ADR.

I, Charles E. Berg, Attorney for Plaintiffs, hereby certify that Office of Albert E. Grady has discussed with Plaintiffs the full spectrum of dispute resolution techniques, including

Page 1

settlement, mediation, and litigation.

_____
CHARLES E. BERG

Plaintiffs, by their attorneys

_____
Charles E. Berg, Attorney at Law
Michael P. Johnson, Attorney at Law
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
800-322-9022

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 5-5-04.
(s) _____

Defendant, by its attorney

_____
Anita Johnson
Assistant United States Attorney
District of Massachusetts
One Courthouse Way
Suite 9200
Boston, MA 02210