AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____ Massachusetts

Shakiera Denise Davis, a minor
by cheryl Davis, her mother

v

United States Postal
Service

**APPEARANCE**

CASE NUMBER: 04-10016-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Shakiera Denise Davis

_5/17/04_
Date

_[signature]_
Signature

_Michael P. Johnson_
Print Name

_226 Montello Street_
Address

_Brockton_   _MA_   _02301_
City        State      Zip Code

_(508) 583-8577_
Phone Number