IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKIERA DENISE DAVIS, a minor by CHERYL DAVIS, her mother and friend,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | Civil Action No.  04-10016 NG |

## JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD AND POSTPONEMENT OF STATUS CONFERENCE

    The parties request an extension of the discovery period in this action for two months, up to and including December 17, 2004.  The parties inform the Court that discovery in this case has not been completed, due to no fault of counsel.  The parties anticipate that discovery may take up to two additional months to complete.  Because discovery is incomplete, the parties have not had an opportunity to seek expert opinion and obtain expert witnesses, if appropriate.

    The extension of the discovery period will not prejudice either of the parties.

    Additionally, the parties request that the status conference scheduled for October 26, 2004, be postponed because discovery is incomplete and, as a result, the parties are not yet prepared to assess their prospects thoroughly and to inform the Court of their plans for motions, settlement, or trial.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney


                    /s/Anita Johnson
                    ANITA JOHNSON
                    Assistant United States Attorney
                    One Courthouse Way, Suite 9200
                    Boston, MA  02210
                    (617) 748-3282

OF COUNSEL
Ruth A. Przybeck
Attorney – National Tort Center
United States Postal Service
P.O. Box 66640
St. Louis, MO  63166-6640
(314) 872-5120

                    /s/Michael P. Johnson (AJ)
                    MICHAEL P. JOHNSON
                    Office of Albert E. Grady
                    226 Montello St.
                    Brockton, Mass. 02301
                    (508) 583-8562

DATED:  OCTOBER 20, 2004