```
            IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


SHAKIERA DENISE DAVIS, a minor   )
by CHERYL DAVIS, her mother      )
and friend,                      )
                                 )
     Plaintiff,                  )
                                 )Civil Action No.  04-10016-NG
v.                               )
                                 )
UNITED STATES POSTAL SERVICE,    )
                                 )
     Defendant.                  )
```

**ASSENTED-TO MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

This Court held a status conference in the case on December 20, 2004.  Defendant was represented at the conference by AUSA Patricia Connolly, who stood in for the undersigned because the undersigned was out of town on business.  During that conference, the Court set a second status conference for December 29, 2004.  Unfortunately, the undersigned will be out of state during the entire week of December 26, and will be unable to attend the conference.  Accordingly, the undersigned requests that the status conference be continued until on or after January 6, 2004.

Counsel for Plaintiff assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Dated: 12/22/04                /s/ Anita Johnson
                               Anita Johnson
                               Assistant United States Attorney
                               Moakley United States Courthouse
                               One Courthouse Way, Suite 9200
                               Boston, MA  02210
                               (617) 748-3282

OF COUNSEL
Ruth A. Przybeck
Attorney – National Tort Center
United States Postal Service
P.O. Box 66640
St. Louis, MO  63166-6640
(314) 872-5120

## CERTIFICATE OF 7.1 CONFERENCE AND SERVICE

The undersigned hereby certifies that she conferred with counsel for Plaintiff, Michael P. Johnson, 226 Montello Street, Brockton, MA  02301, regarding this motion and she served the foregoing upon said counsel, by first class mail, postage prepaid, both on this 22d day of December, 2004.

/s/ Anita Johnson
Anita Johnson