UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAKEIRA DENISE DAVIS, ppa
CHERYL DAVIS, by her mother and next friend
Plaintiff

v.                                                                C.A. NO. 04-10016-NG

UNITED STATES POSTAL SERVICE,
Defendant

## JOINT PRETRIAL CONFERENCE MEMORANDUM

1.   **CONCISE STATEMENT**

   A.   **Plaintiff's Statement**

   Plaintiff expects the evidence to show the following: This action is a result of a motor vehicle/pedestrian accident. The motor vehicle involved in the accident was a United States Postal Service vehicle being driven by a United States Postal Service employee, James Selig.

   The accident occurred on March 13, 2003. Plaintiff, then 15 years old, was walking home with five friends from West Junior High School along Chatham Road in Brockton, Massachusetts. Due to an on-going snowstorm and unplowed sidewalks, the plaintiff was walking in the roadway within a few feet of the curb. Plaintiff was at the front of a single file line with three of her friends walking behind her.

   As the children were walking, someone yelled watch out and plaintiff turned her head over her left shoulder to look behind her. She was struck in the head by the mirror of a United States Postal Service truck that was traveling on the road. Plaintiff contends that the driver of the truck is solely responsible for the accident as he operated the vehicle too close to the pedestrians walking along the side of the roadway.

   The mirror struck the plaintiff in the middle of her forehead. Client's head began to hurt and bleed immediately. She started to cry. The driver of the postal van got out and asked plaintiff for her information, name address, etc. He then gave her a couple of napkins for the bleeding. Plaintiff also had a headache and blurred vision. The driver then called his supervisors on his cell phone. The driver then left the scene of the accident. Client and her friends continued to walk home and arrived at client's house approximately 10 minutes later, to find the driver talking to client's mother. A few minutes later other people from the postal office came to the Davis household and conducted interviews.

Plaintiff went to the Brockton Hospital that evening. She was diagnosed with a 1.5 cm partial area open laceration on her forehead with mild associated swelling. The wound was cleaned with betadine and closed with sterri strips. She was given Tylenol and discharged.

Further, as a result of the accident, plaintiff suffered neck and back pain and sought the treatment of Perron Chiropractic on March 15, 2003. She treated with Perron on 83 occasions until May 24, 2004. Plaintiff incurred about $8,893.77 in total medical bills. In addition to medical bills, mental anguish and pain and suffering, client has sustained a scar on her forehead, which is visible to this day and is permanent. The scar is visible and is very concerning to Ms. Davis. Ms. Davis has worn her hair differently and worn hats and other head coverings in an attempt to cover the scar. Prior to this incident plaintiff had aspirations to become a model. These aspirations are chronicled in her medical records with her health clinic. The scar on plaintiff's head has caused plaintiff to lose self-esteem, become more self-conscious and lessen her desire to become a model.

### B.  Defendant's Statement

Defendant's postal truck driver, James Selig, was driving his truck on Chatham Road, a street about 300 yards long, in Brockton when Ms. Davis collided with the mirror on his truck. Ms. Davis was walking well into the traffic lane of the street, in the middle of the street, at the left of several teenagers walking abreast in the street. It was a snowy day, and she and her friends were walking in the ploughed area of the street. She saw the postal truck turn into Chatham Road. Mr. Selig, an experienced postal driver, saw the teenagers and drove his vehicle very slowly in the direction they were walking. He moved his vehicle to the left portion of the ploughed area, into the oncoming traffic lane, to create generous clearance between the truck and the teenagers.

Ms. Davis swirled suddenly to the left, completing a quick 180 degree turn and placing herself in the path of the postal truck. Ms. Davis contacted the mirror on the outside right of the postal truck. The contact created a laceration in the center of her forehead. She did not fall down, but continued to move normally. She told Mr. Selig that she was all right, and when he asked her whether he should call an ambulance, she told him that she would walk home, which she did. Later in the day, she went to the Emergency Room, where she was treated with a steristrip (bandage) and given tylenol.

Ms. Davis missed one day of school, at best. She did not miss any work, took no medications, and had no monetary damages other than bills for the Emergency Room and a chiropractor that she began seeing after the accident. If the accident caused any damages to her back and neck, the damage was a soft tissue issue with no objective evidence of injury. If she had back and neck symptoms, they were healed within two months of the accident. She never told her personal physician about any headaches, back or neck symptoms, even during the course of physical examination.

Photographs taken of Ms. Davis at her deposition on October 15, 2004, show no obvious injury to her forehead.

### 2. FACTS ESTABLISHED

An accident occurred on March 13, 2003. The vehicle involved in the accident was a United States Postal Vehicle driven by James Edward Selig. The plaintiff was a pedestrian and was struck in the head by the mirror on the right side of the vehicle. It was snowing at the time of the incident and the sidewalks were snow covered.

### 3. CONTESTED FACTS

The parties dispute the cause of the accident, and injuries resulting from the accident.

### 4. JURISDICTIONAL ISSUES

None.

### 5. PENDING MOTIONS

Defendant's Motion in Limine regarding testimony of Kelly Daggett.

Defendant's Motion in Limine regarding written medical opinion of Gregory Perrone.

### 6. ISSUES OF LAW

Whether the Court can find that Plaintiff had extended back, neck, or shoulder injuries when no expert witness will testify on behalf of Plaintiff and Defendant's expert witness will testify that she did not.

### 7. REQUESTED AMENDMENTS

None anticipated.

### 8. ADDITIONAL MATTERS

None

### 9. LENGTH OF TRIAL

One full day.

### 10. WITNESSES

**Plaintiff's Witnesses:**

    a. Shakiera Davis
   3 Sycamore Road
   Brockton, MA

    b. Cheryl Davis
   3 Sycamore Road
   Brockton, MA

    c. Max Ali
   84 Ellis Street
   Brockton, MA

    d. Kelly Daggett
   9 Oakland Street
   Brockton, MA

    e. James Selig

**Defendant's Witnesses:**

    a. James Selig

    b. Donald Nelson

    c. Max Ali

    d. Shakiera Davis

    e. Cheryl Davis

    f. Expert witness Dr. Gerald Winkler

## 11.   PROPOSED EXHIBITS

### Plaintiff's Exhibits

Photographs of the scene of the accident.

Photographs of defendant's vehicle

Photographs of defendant's injury to her forehead

Medical Records and bills of the Plaintiff

- Brockton Hospital – Date of Service 3/13/03
- Perron Family Chiropractic – Dates of service 3/15/03 – 5/25/04

- Spinal Imaging – Date of service 4/24/03
- Codman Square Health Center (Records only)– Dates of service 1/1/98 to 3/13/03.

**Defendant's Exhibits**

In addition to documents identified by Plaintiff,

School attendance records of Plaintiff

Photographs of Plaintiff, October 15, 2004.

Report of Dr. Gerald Winkler, January 6, 2005

Publications of the Barbizon Modeling School and statement of record custodian.

RESPECTFULLY SUBMITTED,
PLAINTIFF,
BY HER ATTORNEY

*Michael P. Johnson /aj*
Michael P. Johnson, BBO 641827
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
(508) 583-8562


DEFENDANT BY ITS ATTORNEY

MICHAEL J. SULLIVAN
United States Attorney

*Anita Johnson*
ANITA JOHNSON
Assistant U.S. Attorney
Suite 9200, United States Courthouse
Boston, Mass. 02210
(617) 748-3266