UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAKEIRA DENISE DAVIS, ppa
CHERYL DAVIS, by her mother and next friend
Plaintiff

v.                                                C.A. NO. 04-10016-NG

UNITED STATES POSTAL SERVICE,
Defendant

## MOTION  IN LIMINE

NOW COMES the plaintiff and moves to exclude from evidence a report of

defense expert, Gerald Winkler, M.D. dated January 6, 2005, and provided to plaintiff's

counsel on January 7, 2005.  As reasons therefore, plaintiff states that this report is

hearsay and is not admissible pursuant to an exception to the hearsay rule.  This report is

an out of court statement offered to prove the truth of the matter asserted, i.e. opinion of

Dr. Winkler's review of Ms. Davis's medical records.  This report was drafted in

conjunction with a medical records review and was done solely for the purpose of this

litigation.

WHEREFORE plaintiff moves the court for an order excluding the report from

evidence.

PLAINTIFF,
BY HER ATTORNEY,

_____
Michael P. Johnson, BBO 641827
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
(508) 583-8562