UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAKEIRA DENISE DAVIS, ppa
CHERYL DAVIS, by her mother and next friend
    Plaintiff

v.
                                                  C.A. NO. 04-10016-NG

UNITED STATES POSTAL SERVICE,
    Defendant

## EXHIBIT LIST

1. Two Photographs (labeled 7 of 15 & 8 of 15) showing a roadway.
2. Two Photographs (labeled 5 of 15 & 6 of 15) showing a roadway.
3. Two Photographs (labeled 3 of 15 & 4 of 15) showing a roadway.
4. Two Photographs (labeled 11 of 15 & 12 of 15) showing the side of a postal vehicle.
5. One Photograph (labeled 15 of 15) showing a postal vehicle.
6. One Photograph (labeled 3 of 3) showing plaintiff's forehead.
7. Two Photographs (labeled 1 of 3 & 2 of 3) showing plaintiff's forehead.
8. One Photograph showing plaintiff's forehead.
9. Brockton Hospital Records – 3/13/03
10. Perron Family Chiropractic Records – 3/15/03-5/21/04
11. Spinal Imaging Records – 3/15/03, 4/24/03
12. Brockton Hospital Bill - $493.77
13. Perron Family Chiropractic Bill – total $8,160.00
14. Spinal Imaging Bill - $240.00.
15. Codman Square Health Clinic Records
16. National Vital Statistics Reports, Volume 53, Number 6 – Life Tables

PLAINTIFF,
BY HER ATTORNEY,

_____
Michael P. Johnson, BBO 641827
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
(508) 583-8562