UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Shakeira Denise Davis, et al
                Plaintiff(s)

v.                              CIVIL ACTION NO. 04-10016-NG

United States Postal Service
                Defendant(s)

**JUDGMENT IN A CIVIL CASE**

GERTNER, D.J.

____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:**

    **-Judgment is hereby entered for the Plaintiff in the amount of $4530.77 for Damages; $4500 for pain and suffering.**

                                            TONY ANASTAS,
                                            CLERK OF COURT

Dated: 1/21/05                      By s/Maryellen Molloy
                                            Deputy Clerk

(CVJURY-JGM.-DAVIS 1-05wpd.wpd - 11/98)
    [jgm.]